Magistrate Judge Donohue

FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 27 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WIL CASEY FLOYD, <br><br> Defendant. | NO. MJ17-169 <br><br> COMPLAINT FOR VIOLATIONS <br><br> Title 26, United States Code, Sections 5861(d) and 5845(a)(8) |

BEFORE, United States Magistrate Judge, James P. Donohue, Seattle, Washington.

The undersigned complainant, Michael Louis Baldino, Special Agent, Federal Bureau of Investigation, being duly sworn states:

## COUNT 1
*(Unlawful Possession of Destructive Devices)*

On or about May 1, 2016, at Seattle, within the Western District of Washington, WIL CASEY FLOYD did knowingly and intentionally possess destructive devices, that is, devices known as Molotov cocktails, which were not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(8).

And the complainant further states:

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## A. Introduction.

I am a Special Agent (SA) with the Federal Bureau of Investigation and have been since January 2013. Before becoming an FBI agent, I was a professional firefighter and emergency medical and hazardous materials technician with Fairfax County Fire and Rescue Department in Virginia. As an FBI Special Agent, I have investigated, received training and have field experience investigating the diverse criminal violations over which the FBI has jurisdiction, to include domestic and international terrorism, crimes against children, illegal narcotics and other violations of federal statutes. I have acquired knowledge and information about these offenses and the methods by which they are executed through formal and informal training, other law enforcement officers and investigators, informants, as well as through my participation in other investigations.

As a law enforcement officer, I have participated in the execution of numerous arrest and search warrants, which have resulted in arrests, convictions, and the recovery of evidence and contraband. I am currently assigned to the Seattle Division's Domestic Terrorism Squad on the Joint Terrorism Task Force, which investigates criminal violations relating to incidents of both domestic and international terrorism. I am also currently a member of the FBI's Evidence Response Team (ERT) and have completed specialized training in organizing, conducting, and leading evidence recovery operations, to include the processing of complex crime scenes and utilizing forensic evidence collection techniques.

The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth each and every fact that I, or others, have learned during the course of the investigation.

//
//
//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

### B. The Events of May 1, 2016 ("May Day").

On May 1, 2016, members of the Seattle FBI Joint Terrorism Task Force (JTTF) provided investigative support to the Seattle Police Department (SPD) related to any potential criminal activity committed during expected demonstrations in downtown Seattle.[1] On that day, a crowd of approximately 200 individuals marched through downtown Seattle. Approximately 50 of these individuals were dressed in all black attire, including face coverings. This style of dress, known as "black bloc," is a tactic known to be employed by people associated with the anarchist extremist movement in an effort to blend in with each other and conceal their identities.

At approximately 7:30 pm, uniformed SPD officers directed the crowd of marchers towards the intersection of 4th Avenue South and South Seattle Boulevard. Within minutes of arriving at the intersection, some people in the crowd began throwing items at SPD officers. At approximately 7:40 pm, a bottle (later identified as a "Molotov cocktail" device) landed near a line of SPD officers. The Molotov cocktail had not been ignited when it was thrown at the officers, but when it landed it caused one of the officers to accidentally drop a flash-bang device, igniting the liquid in the Molotov cocktail and causing a burst of flames. I was nearby on foot and witnessed the resultant fire. SPD Officer Ducre suffered a burn to his lower right leg as a result of the fire and was transported to Harborview Medical Center for treatment.

At approximately 7:50 pm, members of the Seattle JTTF assisted in the recovery of evidentiary items located near the intersection. The recovered items included the remnants of five shattered Improvised Incendiary Devices, commonly known as "Molotov cocktails." The Molotov cocktails were constructed of green Heineken beer bottles, an unknown flammable liquid, a tampon acting as a stopper, and a strip of white cloth serving as a wick. Additional items of evidence were recovered nearby, including

---

[1] Historically, "May Day" protests in Seattle have resulted in certain individuals engaging in criminal activity, including physical assaults on law enforcement, acts of vandalism, and/or property destruction.

discarded black latex gloves and an assortment of black colored clothing items that are believed to have been shed by individuals in "black bloc."

Near the same intersection, SPD officers recovered a black bag with a red colored interior, which contained a fully intact Molotov cocktail. The bag was a shoulder slung, diaper style bag with several exterior pouches. Inside the main compartment of the bag was one intact Molotov cocktail which matched the shattered devices that were thrown at the police officers – it was made of a green Heineken beer bottle, had a tampon in the neck tied to a strip of white cloth, and was filled with an unknown liquid inside. The Molotov cocktail was secured inside the black bag via a homemade cardboard and plastic divider system, which kept the bottle upright and prevented its liquid contents from spilling. In addition to the intact Molotov cocktail, the bag also contained several black zip ties, road flares, pliers, and other items.[2]

### C. Investigation of Photographs and Videos of the May Day Incident.

In an effort to identify the individual who threw the bottle that injured Officer Ducre, investigators obtained photographs and videos taken of the event. These photos and videos were acquired from a variety of sources, including videos that had been publically posted on YouTube, footage publically aired on news channels, and private citizens who captured some of the events on mobile devices and cameras.

Through a review of this evidence, investigators observed footage of a white male subject (later identified as defendant Wil Casey Floyd) who was carrying what appeared to be the black diaper bag with red interior that was later found to contain the single, intact Molotov cocktail (as described above). This male subject was dressed in full "black bloc" attire. The footage revealed that the subject was standing in the area from which the bottle was thrown at Officer Ducre. The footage also depicted the subject a

---

[2] As the above-referenced evidence was being collected, other officers were attempting to identify, locate, and apprehend the individual who threw the bottle that injured Officer Ducre. At approximately 7:50 pm, officers arrested a suspect after a SPD bike patrol officer initially identified him as having thrown the bottle. This initial suspect was charged in state court with an offense related to this incident. However, by mid-May 2016, investigators ruled out this initial suspect and all charges were dismissed against him.

few minutes later no longer wearing "black bloc" clothing and no longer carrying the diaper bag.

### D. Identification of Floyd as the Subject in the Videos and Photos.

Following numerous unsuccessful attempts to identify the above-referenced male suspect, on October 13, 2016, investigators submitted a "Request to Identify" bulletin to the Washington State Fusion Center (WSFC). The bulletin contained the subject's photograph taken from some of the footage on October 1, 2016.

On October 18, 2016, Officer Luke Flohr of the Richland Police Department contacted TFO Hall and advised that he believed the subject was an individual he knew as Wil Casey Floyd. Officer Flohr provided Floyd's Facebook profile as www.facebook.com/wil.floyd.9.

TFO Hall reviewed Floyd's publically accessible Facebook profile and identified profile photographs of Floyd that matched the subject from the May 1, 2016 videos and photographs. A Washington State Department of Licensing (DOL) record was located for Floyd and also matched the subject. A review of publically viewable posts on Floyd's Facebook page further confirmed his involvement in the May Day 2016 events, including:

- On April 30, 2016, Floyd posted a hyperlink to documents entitled "May Day Undercovers." The documents provided information about plainclothes police officers who would likely be present at a May Day event. Directly above the hyperlink, Floyd added the following text: "Soooooooo This is important."

- On May 1, 2016, Floyd shared a photograph from another Facebook user featuring a red and black colored flag with the title, "MAYDAY International Workers Day," along with a hyperlink to an article called "May Day Around the World." Above the photograph Floyd wrote, "Happy May Day, my loves." In the comments section beneath the link, another Facebook user wrote, "Wish I could be in Seattle today." Floyd replied to the comment with: "It's gunna be a blast," accompanied by a smiley face emoticon.

- On May 1, 2016, Floyd posted a graphic of a hand holding a flaming Molotov cocktail with the title, "THE RIOT IS ONE NIGHT… …BUT METADATA LAST FOREVER." The graphic also featured text along the right side which included advice such as, "Cover Your Face And Hair," "Wear Gloves," "Don't Put Your Picture Online," and "Never Snitch, Ever." Directly above the graphic, Floyd wrote, "Happy May Day, comrades. And, remember…"

- On May 1, 2016, Floyd shared a photograph posted by another Facebook user which depicted a female SPD officer tending to a male SPD officer who sustained a large, bloody, laceration above his left eye. The photo had text reading, "It's No Fun When They Fight Back." Directly above the photograph, Floyd wrote, "Hahahahahahahahahahahahahahahaha Fuck you, pig. Cry me a fucking river."

- On May 2, 2016, Floyd shared a link to a Q13fox.com news article entitled, "5 officers injured, 9 protesters arrested as May Day march turns violent in Seattle." The article featured a photograph of protestors running from an explosion in the street. In the comments section beneath the article, Floyd wrote, "My leg tho haha."

- On May 2, 2016, Floyd posted a photograph of his leg with a large red welt on it. Directly above the photograph, Floyd wrote, "Weeeeeeeeee." In the comments section beneath the photograph, another Facebook user wrote, "I definitely saw some beanbag rounds on the ground as well." Floyd replied to the comment and wrote, "Those fuckers hurt tho."

### E. Efforts to Locate and Contact Floyd.

Following his preliminary identification in October 2016, numerous attempts were made by the FBI and SPD to locate Floyd. These efforts – which included sending leads to investigators in multiple states – were unsuccessful until recently. On April 17, 2017, I received notification that Floyd was scheduled to travel on Frontier Airlines three days later, on April 20, 2017. Specifically, Floyd booked a flight departing San Diego, California, with a layover in Denver, Colorado, toward his final destination in Milwaukee, Wisconsin.

//
//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On April 17, 2017, investigators obtained a search warrant in the King County Superior Court authorizing the collection of DNA and fingerprints from Floyd. On April 19, 2017, a judge in the Second Judicial District of the State of Colorado also issued a search warrant for the DNA and fingerprints of Floyd. The purpose of the search warrants was to collect Floyd's DNA and fingerprints to compare with DNA samples and latent prints that had been recovered from some of the evidence at the scene of the May Day 2016 events.

On April 20, 2017, myself, TFO Hall, and other police officers made contact with Floyd as he disembarked his flight at the Denver International Airport. Floyd was then transported to the Denver Police Department headquarters where the search warrants were executed and Floyd's DNA and fingerprints were collected.

**F. Interview of Floyd.**

Immediately following the collection of his fingerprints and DNA, TFO Hall advised Floyd that he was free to leave, but that we wished to speak with him about the events in Seattle on May 1, 2016. Floyd agreed to speak with us at the Denver Police Department office located at the Denver International Airport. We transported Floyd back to the airport, where we reiterated that Floyd was free to leave at any time. We again told him that we wanted to speak about May Day 2016. Floyd agreed to speak with us.

TFO Hall showed Floyd several photographs taken on May 1, 2016, depicting numerous individuals dressed in black bloc attire in Seattle. Floyd confirmed he was one of the individuals in black bloc and that he attended the march. We then showed Floyd photographs of the black diaper bag and intact Molotov cocktail found inside it, as was recovered on May 1, 2016. Floyd said he recognized both items, and then asked for a break to smoke a cigarette before further discussing the matter.

At that point, we took a break from the interview and Floyd smoked two cigarettes. Floyd then agreed to return to the interview room, where we commenced the interview. Floyd consented to audio and video record the interview. At that time, Floyd

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

read, acknowledged, and signed a Seattle Police Department "Explanation of Rights" form provided to him by TFO Hall; this form contains standard *Miranda* rights.

During the subsequent interview, Floyd made numerous admissions regarding his possession and use of the Molotov cocktails in Seattle on May 1, 2016. Among other things:

- Floyd admitted to assembling the Molotov cocktails inside of his former apartment in Seattle. He stated he built the devices on May 1, 2016, just prior to the march, because he did not want to keep them inside his apartment any longer than was necessary.

- Floyd detailed the items and ingredients he used to build the Molotov cocktails, and said he viewed instructions on the Internet.

- Floyd said he was inspired by anarchists in Greece and South America, who frequently use Molotov cocktails during their protests.

- Floyd admitted he was carrying the black bag with the Molotov cocktails during the May Day protest in Seattle.

- Floyd admitted he threw several Molotov cocktails at police officers on May 1, 2016, near the stadiums in downtown Seattle. Floyd claimed he did not ignite any of the devices before he threw them and that he had no intention of doing so.

- Floyd said he panicked after throwing the Molotov cocktails; immediately thereafter, he dropped the black bag in the middle of the street near Safeco Field, shed his "black bloc" clothing nearby, and departed the area.

- Floyd said he observed police officers gathering the remains of his Molotov cocktails in the aftermath of the events on May 1, 2016.

**G. Destructive Device Determination.**

On December 19, 2016, Supervisory Special Agent Bomb Technician (SSABT) Christopher Rigopoulos of the FBI Laboratory Division, Explosives Unit inspected the devices and remnants thereof that were recovered from the crime scene on May 1, 2016. SSABT Rigopoulos certified that the submitted evidence items were the disassembled remains of five Improvised Incendiary Devices (IIDs), more commonly known as

Molotov cocktails. Additionally, SSABT Rigopoulos determined that the IIDs were "destructive devices" under federal law.

On January 9, 2017, ATF Special Agent Grant Brill confirmed that Floyd had not registered any destructive devices as required under the National Firearms Act.

**H. Conclusion.**

Based upon the foregoing and my training and experience, I submit there is probable cause to believe that WIL CASEY FLOYD committed the offense set forth above in this Complaint.

Michael Louis Baldino
Special Agent, FBI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence this 27th day of April 2017, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

JAMES P. DONOHUE
United States Magistrate Judge

COMPLAINT - 9