Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

June 8, 2017

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WIL CASEY FLOYD,<br><br>Defendant. | NO. CR17-149 RSM<br><br>INDICTMENT |

## COUNT 1
### (*Unlawful Possession of Destructive Devices*)

On or about May 1, 2016, at Seattle, within the Western District of Washington, WIL CASEY FLOYD did knowingly possess destructive devices, that is, devices known as Molotov cocktails, that were not registered to him in the National Firearms Registration and Transfer Record.

//
//
//
//

INDICTMENT/FLOYD - 1

UNITED STATES ATTORNEY
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 553-7970

```
 1    All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(8).
 2
 3                                          A TRUE BILL:
 4                                          DATED: 6/8/17
 5                                          *Signature of foreperson redacted
 6                                          pursuant to the policy of the Judicial
                                            Conference of the United States*
 7
                                            _____
 8                                          FOREPERSON
 9
10
11    _____
12    ANNETTE L. HAYES
      United States Attorney
13
14
15    _____
16    TODD GREENBERG
      Assistant United States Attorney
17
18
19
20
21
22
23
24
25
26
27
28
      INDICTMENT/FLOYD - 2                                     UNITED STATES ATTORNEY
                                                                  700 STEWART STREET
                                                               SEATTLE, WASHINGTON 98101
                                                                     (206) 553-7970
```