

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*Please reply to:*
*Todd Greenberg*
*Assistant United States Attorney*
*Direct Line: (206) 553-2636*

*700 Stewart Street, Suite 5220*  *Tel: (206) 553-7970*
*Seattle WA, 98101-1271*  *Fax: (206) 553-4440*
*www.usdoj.gov/usao/waw*

December 12, 2017

Lawrence A. Hildes
P.O. Box 5405
Bellingham, Washington 98227

Re:  *United States v. Wil Casey Floyd*

Dear Counsel:

After our meeting today, we have decided to revise the government's plea offer in a manner more favorable to Mr. Floyd. Specifically, we will agree to recommend a sentence of not greater than 37 months of imprisonment, if Mr. Floyd pleads guilty to the terms set forth in our letter dated September 29, 2017. That letter is enclosed for your referenced.

This plea offer will expire on ***December 22, 2017, unless an extension is granted by the government.***

Please confirm that you have read or provided this letter to your client, and let us know his response. We look forward to hearing from you regarding our plea offer.

Yours truly,

TODD GREENBERG
Assistant United States Attorney