**Subject:** (From my mom's best friend) Fwd: Recommendation
**From:** Wil Floyd <wilfloyd93@gmail.com>
**Date:** 2/22/2018 10:47 AM
**To:** Larry Hildes <lhildes@earthlink.net>

---------- Forwarded message ----------
From: "Heather Highmiller" <highmillerh@gmail.com>
Date: Feb 22, 2018 10:44 AM
Subject: Recommendation
To: <WILF93@gmail.com>
Cc:


TO WHOM IT MAY CONCERN,


I'VE KNOWN WIL  FOR A COUPLE OF DECADES. HE IS OF GOOD CHARACTER.
AS A RETIRED CORRECTIONAL EDUCATOR,  I  WORKED FOR THIRTY YEARS AT A SERIOUS VIOLENT JUVENILE MALE  PRISON.  HE DOES NOT CONFORM TO MY STUDENTS,  OVER THIRTY THOUSAND AT GREEN HILL IN CHEHALIS, WASHINGTON.
SINCERELY,

HEATHER HIGHMILLER.
11911 SHOREVIEW  S.W.
OLYMPIA
WASHINGTON