February 19, 2018

The Honorable Ricardo Martinez
United States Courthouse`
700 Stewart Street, Suite 13134
Seattle, WA 98101-9906

Re: The Sentencing of Wil Casey Floyd

Dear Judge Martinez,

    My name is Zain Alattar, and I am a National Fulbright Advanced Student in Philosophy currently conducting graduate study in at the Sorbonne University in Paris, France. I befriended Wil in 2010 during my undergraduate studies at Reed College in Portland, Oregon. I saw him regularly until I moved out of Portland after graduating in May 2014. His intelligence and capacity for interesting and intellectual conversation formed the base of our relationship, and I remember discussing the many experiences and insights he gained during his tours in Iraq. I also remember discussing the hardships he had faced since his return; from employment issues to personal problems which involved friends, family and substance use.

    Wil was, and I imagine still is, a very sincere, thoughtful and sensitive man, and I am sure beyond doubt that he deeply regrets the actions that have led him to this position. As a veteran, I know that he respects the rule of law that he once risked his life to protect. I am furthermore certain that Wil, given his background, understands the dangers of weapons and other destructive devices, and that he hence fully realizes the foolishness of his lapse of judgement present in his actions during the 2016 May Day protests. The behavior there-exhibited is not at all representative of Wil's personality as as whole. In my opinion, Wil's time in Iraq and the violent images he may have seen during his time there have possibly affected his judgment in a manner that contributed to his actions here. Hence I am of the opinion that certain types of veteran counseling would represent better rehabilitory tools for Wil than a prison sentence. His time in Iraq has instilled in him a certain emotional instability tied to the war, in my opinion.

    I hope, your Honor, that you will take these words as a testament to Wil's upright character and to the positive influence which he brings to those around him. It is without doubt that his time in Iraq has affected his worldview, but I do not think that punitive/correctional action is the best way to respond to Wil's actions in this case. A rehabilitative program catered towards veterans with re-integration issues would be far more conducive for his and his community's well-being . He was a great person to have around during my time at Reed; it would be a loss to us all to see him imprisoned.

Yours Faithfully,

Zain Alattar