To whom it may concern,

I am writing to you today in support of Wil Floyd. I met Wil ten years ago and have had the privilege of working with him at Pilgrim Firs Camp and Conference Center in 2011 as camp staff.

I have known him to be very loyal, dedicated and a hard worker. He is committed to fairness and has always been respectful of others. Through the years, he has been a loyal friend and is always one to help those in need whenever you call on him. He cares about his family and his community.  I am glad to know him and count him as one of my friends.

I know that he is looking forward to the resolution of his case as the cost of travel between Washington and his home in Wisconsin has been a hardship on him and has made it difficult to build his life and develop his bonds to community.

Thank you for your consideration,

Leah Peterson

1521 2nd Ave

Rochester, MN 55906