February 16, 2018

To Whom this Concerns:

We are writing on behalf of our family friend Wil Floyd. Like the two of us, Wil and his mother Deborah Tyler are relative newcomers to the area and the two have been familiar faces at our home for family gatherings and lazy Sunday afternoons. In the time that we have known them, Deborah has become like a sister to us and Wil like a nephew. We have really come to enjoy Wil's quirky and smart humor.

We have been asked to speak to Wil's character. We hold him in high regard, and we will tell you why. We have been involved in animal rescue for many years. Nothing speaks to a person's character more than how our previously abused and neglected dogs and cats respond to people entering our home. When Wil walks in, he is mobbed by our herd of small dogs and cats, and by his greatest fan, our elder statesman, 70 pound Beans. Because of our work as chaplains and ministers, it's rare that both of us can be away from home at the same time, but if we were, we would not hesitate to have Wil stay at our home to care for our brood. We know they would feel safe, secure, and loved.

Sincerely,

*Rev Jayne Helgevold*   *Rev Robert Bledsoe*

Revs. Jayne Helgevold & Robert Bledsoe
2903 Lakeshore Drive
Sheboygan WI 53081