

**UNITED STATES DISTRICT COURT**

WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
**District Court Executive**
Clerk of Court

**ERIC SMITS**
**Chief Deputy Clerk**

March 29, 2021

**CLERK, US DISTRICT COURT**
Eastern District of Wisconsin

Your No: 2:21-CR-65-JPS
Our No: 2:17-CR-149-RSM
Defendant: Wil Casey Floyd

Dear Clerk

Attached please find a certified copy of the Probation Order Transfer of Jurisdiction, docket sheet and financial affidavit. Please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of these documents by return e-mail reply. Thank you.

Sincerely,

Paula McNabb,
Deputy Clerk

| | |
|---|---|
| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* 2:17CR00149-001 |
| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 2:21-CR-65-JPS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Wil Casey Floyd | Western Washington | Seattle |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Ricardo S Martinez | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/08/2021 | TO 03/07/2024 |

OFFENSE

26 U.S.C. §5861(d), 5871 and 5845(a)(8) Unlawful Possession of Destructive Devices

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Western    DISTRICT OF    Washington

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Eastern District of Wisconsin    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Mar. 8, 2021
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern    DISTRICT OF    Wisconsin

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/26/2021
*Effective Date*

*[signature]*
*United States District Judge*